Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3988
Facsimile: (404) 400-7333

Attorney for defendant,
*Equisolar, Inc.*, erroneously sued as Equisolar, Inc. d/b/a United Solar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WOLLERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUISOLAR, INC. d/b/a UNITED SOLAR,<br><br>Defendant. | Case No. 2:21-cv-09706-DMG-KS<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Dolly M. Gee |

NOW COMES THE DEFENDANT, Equisolar, Inc., by and through its attorney, to respectfully notify this Honorable Court that this case has settled on an individual basis. Equisolar requests that this Honorable Court vacate all pending hearing dates and allow twenty (20) days with which to file dispositive documentation. A joint stipulation of dismissal is forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 27th day of June, 2022.

By: */s/ Paul A. Grammatico*
Paul A. Grammatico
**KABAT CHAPMAN & OZMER LLP**

Counsel for Defendant
*Equisolar, Inc.*