Rachel E. Kaufman (Cal. Bar No. 259353)
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WOLLERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUISOLAR, INC. d/b/a UNITED SOLAR,<br><br>Defendant. | Case No. 2:21-cv-09706-DMG-KS<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Dolly M. Gee |

Plaintiff Matthew Wollert and Defendant Equisolar, Inc. stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully Submitted,

Dated: July 15, 2022          By: */s/ Rachel E. Kaufman*

1

STIPULATION OF DISMISSAL
*Wollert v. Equisolar, Inc.*

1  Rachel E. Kaufman (Cal Bar No. 259353)
2  KAUFMAN P.A.

3  *Attorney for Plaintiff and the putative Class*

4  */s/ Paul A. Grammatico*
5  Paul A. Grammatico (SBN 246380)
   pgrammatico@kcozlaw.com
6  **KABAT CHAPMAN & OZMER LLP**
7  333 S. Grand Avenue, Suite 2225
   Los Angeles, CA 90071
8  Telephone: (213) 493-3988
9  Facsimile: (404) 400-7333

10 *Attorney for Defendant*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman

STIPULATION OF DISMISSAL
*Wollert v. Equisolar, Inc.*