UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WOLLERT, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>EQUISOLAR, INC. d/b/a UNITED SOLAR,<br><br>              Defendant. | Case No. CV 21-9706-DMG (KSx)<br><br>**ORDER RE DISMISSAL OF ACTION [24]** |

    Pursuant to the parties' stipulation, the above-captioned action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other putative class member's right to bring claims, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 19, 2022

                                                        DOLLY M. GEE<br>                                                        UNITED STATES DISTRICT JUDGE